In the Matter of LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of BOND AND MORTGAGE GUARANTEE COMPANY, Appellant, against JOHN N. HARMAN, as County Clerk of Kings County, Respondent.

Argued March 4, 1937; decided March 23, 1937.

*Jess H. Rosenberg, James R. Kelly* and *J. Donald Whelehan* for appellant.

*Hector McG. Curren* for respondent.

Order affirmed, with costs, upon the authority of *Matter of Pink* v. *Ransom* (273 N. Y. 617). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.